UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOGICORP ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>C.H. ROBINSON WORLDWIDE, INC.; ZURICH AMERICAN INSURANCE COMPANY; CAROLINA BEVERAGE GROUP, LLC; THE NETHERLANDS INSURANCE COMPANY; GREG FORSYTH; BILLIE JEAN RAY; and SHEILA COLSON,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:14-cv-00863-CAP |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**OF DEFENDANTS C.H. ROBINSON WORLDWIDE, INC.**
**AND CAROLINA BEVERAGE GROUP, LLC**

WHEREAS all parties having filed a Consent Motion to Dismiss Without Prejudice Defendants C.H. Robinson Worldwide, Inc. and Carolina Beverage Group, LLC from this action because all parties agree that C.H. Robinson Worldwide, Inc. and Carolina Beverage Group, LLC are not indispensable parties to the claims asserted by the Plaintiff,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants C.H. Robinson Worldwide, Inc. and Carolina Beverage Group, LLC are hereby

*dismissed without prejudice* and any pending motions before the Court filed by those parties are rendered moot.

This  27th  day of May, 2014.

                                  /s/Charles A. Pannell, Jr.
                                  HONORABLE CHARLES A. PANNELL, JR.
                                  Judge, United States District Court

Order Prepared and Submitted By:

*/s/ Aaron A. Miller*
Aaron A. Miller, Esq.
Attorney for Logicorp Enterprises, LLC
Georgia Bar No. 011356
Mozley, Finlayson & Loggins, LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342

Consented to By:

*/s/ William Allred*
William Allred, Esq. (signed w/express permission by Aaron A. Miller)
Georgia Bar No. 000320
BARRICKMAN, ALLRED & YOUNG, LLC
5775 Glenridge Dr., NE, Ste. E-100
Atlanta, GA 30328

*/s/ James J. Brissette*
James J. Brissette, Esq. (signed w/express permission by Aaron A. Miller)
Georgia Bar No. 083125
MCGEE & OXFORD, LLP
5855 Sandy Springs Cir., Ste. 300
Atlanta, GA 30328

*/s/ Michael Goldman*
Michael Goldman, Esq. (signed w/express permission by Aaron A. Miller)
Georgia Bar No. 300100
HAWKINS PARNELL THACKSTON & YOUNG, LLP
4000 SunTust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308