IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LOGICORP ENTERPRISES, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL ACTION |
| v. | * | |
| | * | NO. 1:14-cv-00863-CAP |
| ZURICH AMERICAN INS. CO., | * | |
| ET AL., | * | |
| | * | |
| Defendants. | * | |

## RULE 26.3 CERTIFICATE

COMES NOW, Defendants Carolina Beer & Beverage, LLC and The Netherlands and pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provides notice that counsel for Plaintiff and Defendants was served a copy of:

1. Carolina Beer & Beverage, LLC's Response and Motion to Quash Logicorp's Subpoena; and

in a properly addressed envelope to the following recipients:

> Brian J. Duva, Esq.
> Andrew M. Capobianco, Esq.
> Mozley, Finlayson & Loggins, LLP
> 5605 Glenridge Dr., NE, Ste. 900
> Atlanta, GA  30342

*Attorneys for the Plaintiff*

Brian D. õBuckö Rogers, Esq.
Fried, Rogers, Goldberg, LLC
3560 Lenox Rd., NE, Ste. 1250
Atlanta, GA  30326

*Attorneys for Defendants Forsyth and Ray*

Brian W. Sprinkle, Esq.
Michael J. Goldman, Esq.
Hawkins Parnell Thackston & Young, LLP
303 Peachtree Street, NE, Ste. 4000
Atlanta, GA 30308

*Attorneys for Zurich entities*

This 31st day of October, 2014.

/s/ William Allred
William Allred, #000320
Elizabeth G. Howard, #100118
Attorneys for Defendant
The Netherlands Insurance Company

**Barrickman, Allred & Young, LLC**
5775 Glenridge Dr., NE, Ste. E-100
Atlanta, GA  30328
TEL:      678-222-0251
FAX:      404-252-3376