UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOGICORP ENTERPRISES, LLC, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:14-CV-0863-CAP |
| ZURICH AMERICAN INSURANCE COMPANY; THE NETHERLANDS INSURANCE COMPANY; GREG FORSYTH; BILLIE JEAN RAY; and SHEILA COLSON | |
| Defendants. | |

**O R D E R**

This matter is before the court on the plaintiff's motion to strike Carolina Beverage Group, LLC's motion to quash [Doc. No. 48]. The motion to strike is unopposed.

The plaintiff is seeking to have stricken a motion to quash that was served on it but not filed with the court. Motions to strike are provided for by Federal Rule of Civil Procedure 12(f), which states, "Upon motion made by a party . . ., the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." The rule explicitly provides that the object being stricken must be in a "pleading." The Federal Rules define a "pleading" as "a complaint and an

answer, a reply to a counterclaim denominated as such, an answer to a cross-claim . . ., a third-party complaint . . ., and a third-party answer . . . ." Fed. R. Civ. P. 7(a).  In the present case, the plaintiff has filed a motion to strike the a discovery motion served on it by a non-party.  Because this motion is not a pleading, the motion to strike [Doc. No. 48] is DENIED.  Nevertheless, an unfiled motion is a nullity and will not be addressed by the court.

**SO ORDERED** this 4th day of December, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge