UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOGICORP ENTERPRISES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>C.H. ROBINSON WORLDWIDE, INC.; ZURICH AMERICAN INSURANCE COMPANY; CAROLINA BEVERAGE GROUP, LLC; THE NETHERLANDS INSURANCE COMPANY; GREG FORSYTH; PAMELA HENDRIX; and SHEILA COLSON,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-863-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration of defendants Zurich American Insurance Company and The Netherlands Insurance Company's motions for summary judgment, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 8th day of February, 2016.

                 JAMES N. HATTEN
                 CLERK OF COURT

              By: s/ Traci Clements-Campbell
                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 February 8, 2016
James N. Hatten
Clerk of Court

By: s/Traci Clements-Campbell
   Deputy Clerk